UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

PINEVILLE COMMUNITY HOSPITAL ASSOCIATION, INC.

Case No. 18-61486
(Chapter 7)

DEBTOR

MOTION OF CHAPTER 7 TRUSTEE TO
(i) ESTABLISH VALUE OF "WESTERN PARKING LOT" REAL ESTATE;
(ii) AUTHORIZE THE TRUSTEE TO RELEASE $200,000.00; (iii) COMPEL
THE PURCHASER PAY $35,000.00 TO THE TRUSTEE; AND
(iv) LIMIT NOTICE

\*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes now the Trustee, J. Clair Edwards (the "Chapter 7 Trustee"), solely in her capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Pineville Community Hospital Association, Inc. (the "Debtor"), and hereby respectfully requests that this Court enter an Order establishing $235,000.00 as the value of the "Western Parking Lot." The Western Parking lot is a 0.94 acre tract of land which is west of the Pineville Community Hospital facility (the "Hospital Facility") and is necessary parking for the Hospital Facility (hereinafter the "Western Parking Lot"). The Western Parking Lot and other parking lots were grouped with the Hospital Facility and sold collectively as Lot 2 in the § 363 sale. First State Bank of the Southeast ("First State") purchased the Hospital Facility, including the Western Parking Lot for $650,000.00. Prior to closing, First State created Asset Protection Management, II, LLC ("APM") for the purpose of taking title to the Hospital Facility real estate and the Western Parking Lot (First State and APM are collectively the "Purchaser"). At closing, on September 4, 2019, the parties agreed that the Chapter 7

Trustee would hold $200,000.00 (the "Escrow Funds") in a designated account (the "Western Parking Lot Account") until the actual value of the Western Parking Lot was determined by the parties or by this Court.

The parties have attempted to reach an agreement on the value of the Western Parking Lot, but have not been able to reach an agreement. Based upon the evidence, the Trustee believes that the fair value of the Western Parking Lot is $235,000.00. The Chapter 7 Trustee hereby moves the Court for an order: (a) determining the value of the Western Parking Lot to be $235,000.00; (b) authorizing the Chapter 7 Trustee to transfer the Escrow Funds from the Western Parking Lot Account to the Chapter 7 Trustee's account as part of the value of the Western Parking Lot; (c) compelling the Purchaser to pay the remaining $35,000.00 to the Chapter 7 Trustee as the balance of the $235,000.00 owed for the Western Parking Lot.

The Chapter 7 Trustee further requests that notice of this motion be limited to those individuals and entities on the "Master Service List" as approved by this Court's Order (Doc. 27). In support of her Motions, the Chapter 7 Trustee will contemporaneously submit a Memorandum.

WHEREFORE, the Chapter 7 Trustee respectfully requests that this Court enter an Order:

1. DETERMINING the value of the Western Parking Lot to be $235,000.00;
2. AUTHORIZING the Chapter 7 Trustee to transfer the Escrow Funds from the Western Parking Lot Account to the Chapter 7 Trustee's general account as part of the consideration paid for the Western Parking Lot;

3. COMPELLING the Purchaser to pay the remaining $35,000.00 to the Chapter 7 Trustee as the balance of the $235,000.00 owed for the Western Parking Lot.

4. LIMITING NOTICE to those parties on the Master Service List; and

5. GRANTING any and all other relief that is just, equitable, and appropriate.

## NOTICE

**Please take notice that a telephonic hearing on the foregoing shall be held on May 13, 2020 at 10:00AM EST, before the London Division of the U.S. Bankruptcy Court for the Eastern District of Kentucky.**

**Teleconference number: 888-363-4749, Access Code 9735709#.**

**Refer to https://www.kyeb.uscourts.gov/telephonic-hearing-instructions for telephonic call-in information.**

Dated this the 28th day of April, 2020.

Respectfully submitted,

*/s/ Jonathan Gay*
Jonathan Gay, Attorney
Stephen Barnes, Attorney
Walther, Gay & Mack, PLC
163 E. Main Street, Suite 200
P.O. Box 1598
Lexington, KY 40588-1598
(859) 225-4714 ex. 3025 (tel)
(859) 225-1493 (fax)
sbarnes@wgmfirm.com