UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

IN RE:

PINEVILLE COMMUNITY HOSPITAL     Case No. 18-61486
ASSOCIATION, INC.                (Chapter 7)

DEBTOR

ORDER SUSTAINING
MOTION OF CHAPTER 7 TRUSTEE TO
(i) ESTABLISH VALUE OF "WESTERN PARKING LOT" REAL ESTATE;
(ii) AUTHORIZE THE TRUSTEE TO RELEASE $200,000.00; (iii) COMPEL
THE PURCHASER PAY $35,000.00 TO THE TRUSTEE; AND
(iv) LIMIT NOTICE

\*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter came before the Court on Motion of the Trustee, J. Clair Edwards (the "Chapter 7 Trustee"), solely in her capacity as the Trustee for the Chapter 7 Bankruptcy Estate of Pineville Community Hospital Association, Inc. (the "Debtor"), in which she requested that this Court enter an Order: (a) determining the value of the Western Parking Lot[1] to be $235,000.00; (b) authorizing the Chapter 7 Trustee to transfer the Escrow Funds from the Western Parking Lot Account to the Chapter 7 Trustee's account as part of the value of the Western Parking Lot; (c) compelling the Purchaser to pay the remaining $35,000.00 to the Chapter 7 Trustee as the balance of the $235,000.00 owed for the Western Parking Lot. The Chapter 7 Trustee further requested that notice of this motion be limited to those individuals and entities on the "Master Service List" as approved by this Court's Order (Doc. 27). The Court having reviewed the record and being otherwise

---

[1] - As defined in the underlying Motion.

adequately informed and advised, it is hereby ORDERED AND ADJUDICATED as follows:

1. The Motion is GRANTED.

2. The value of the Western Parking Lot is hereby DETERMINED to be $235,000.00;

3. The Chapter 7 Trustee is hereby AUTHORIZED to transfer the Escrow Funds from the Western Parking Lot Account to the Chapter 7 Trustee's general account as part of the consideration paid for the Western Parking Lot;

4. The Purchaser is hereby ORDERED to pay the remaining $35,000.00 to the Chapter 7 Trustee as the balance of the $235,000.00 owed for the Western Parking Lot.

5. Notice is hereby LIMITED to those parties on the Master Service List; and

6. This is a final Order.

Copies to:

*All parties designated to receive electronic service in this case.

** Master Service List (as amended)